# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bruce G. Klein, | ) |
| | ) **ORDER FOR MID-DISCOVERY** |
| Plaintifff, | ) **STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| Gregory D. Klein, | ) |
| Wesley J. Klein, | ) |
| Jeffrey G. Klein, and | ) |
| Jelena M. Bouret / Barfield | ) |
| | ) Case No. 1:23-cv-223 |
| Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 30, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 6th day of February, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court