## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Bruce G. Klein, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gregory D. Klein, et al., | ) | Case No. 1:23-cv-223 |
| | ) | |
| Defendants. | ) | |

A mid-discovery status conference before the court is presently scheduled for August 30, 2024, at 9:00 AM by telephone. The court, on its own motion, shall reschedule the mid-discovery status conference for September 5, 2024, at 9:00 AM by telephone.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court